RECEIVED
NOV 29 2017
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

................................................................ x

UNITED STATES OF AMERICA,

                  Plaintiff,

    -against-

THE TOWN OF NEWBURGH, NEW YORK,

                  Defendant.

................................................................ x

08 Civ. 5902 (VB)

**STIPULATION AND ORDER TERMINATING CONSENT DECREE**

      WHEREAS, on June 30, 2008, the United States of America on behalf of the U.S. Environmental Protection Agency ("EPA") commenced this action against the Town of Newburgh, New York (the "Town" and, collectively with EPA, the "parties"), seeking injunctive relief and the payment of civil penalties for violations of the Safe Drinking Water Act ("SDWA"), 42 U.S.C. § 300f, *et seq.*, the National Primary Drinking Water Regulations ("NPDWR") promulgated by EPA pursuant to Section 1412 of the SDWA, 42 U.S.C. § 300g-1, including the Surface Water Treatment Rule ("SWTR"), 40 C.F.R. §§ 141.70-141.75, and the Stage 1 Disinfectants and Disinfection Byproducts Rule ("Stage 1 DBPR"), 40 C.F.R. §§ 141.130-141.135 [Docket Entry 1];

      WHEREAS, on September 16, 2008, the Court entered a Consent Decree agreed to by the parties [Docket Entry 4];

      WHEREAS, paragraph 82 of the Consent Decree provides that after the Town has satisfactorily completed all of the compliance requirements set forth in Sections VI (Compliance Requirements) of the Consent Decree; paid the civil penalty, any accrued stipulated penalties and all accrued interest as required by this Consent Decree; complied with the requirements of Section VII (Supplemental Environmental Project); operated the Water Treatment Plant (defined in Section IV of the Consent Decree); and maintained continuous satisfactory compliance with all requirements of this Consent Decree and all applicable provisions of the SDWA, the NPDWR, the

SWTR, the Stage 1 DBPR and the Interim Enhanced Surface Water Treatment Rule, 40 C.F.R. §§ 141.170-141.175, for a period of twelve (12) consecutive months, the Town may request termination of the Consent Decree;

WHEREAS, Paragraph 83 of the Consent Decree provides that if the United States agrees that the Consent Decree may be terminated, the parties shall submit, for the Court's approval, a stipulation terminating the Consent Decree;

WHEREAS, the Town represents that it has satisfied the requirements for termination stated in paragraph 82 of the Consent Decree;

WHEREAS, the United States agrees pursuant to paragraph 83 of the Consent Decree that the Consent Decree may be terminated; and

WHEREAS, paragraph 65 of the Consent Decree, by its terms, will continue in force until five years after the termination of the Consent Decree.

NOW, THEREFORE, IT IS HEREBY ORDRED AS FOLLOWS:

1. The Consent Decree is terminated.

Dated: Newburgh, New York
~~May~~ June 27, 2017

TOWN OF NEWBURGH, NEW YORK

By: *Mark C Taylor*
MARK C. TAYLOR
1496 Route 300
Newburgh, NY 12550
Tel.: (845) 564-7814
Fax: (845) 566-1432
*Attorney for the Town of Newburgh*

Dated: New York, New York  
~~Sept~~ ~~May 22~~, 2017

JOON H. KIM  
Acting United States Attorney  
Southern District of New York

By: _____  
PIERRE ARMAND  
Assistant United States Attorney  
86 Chambers Street  
New York, NY 10007  
Tel.: (212) 637-2724  
Fax:  (212) 637-2730  
Email: pierre.armand@usdoj.gov

SO ORDERED.

Date: __11/30__, 2017

_____  
HON: Vincent L. Briccetti

UNITED STATES DISTRICT JUDGE